Case: 2:18-cv-00114-DLB-CJS Doc #: 56 Filed: 01/31/20 Page: 1 of 2 - Page ID#: 388



Eastern District of Kentucky
FILED

JAN 31 2020

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | | |
|---|---|---|
| MICHAEL STINE and ZACHERY PAINE individually and on behalf of other similarly situated individuals, | : : : : | Civil Action No.: |
| | : | 2:18-cv-00114-DLB-CJS |
| Plaintiffs, | : : | Honorable David L. Bunning |
| v. | : : | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | : : | |
| Defendant. | : | |

### ORDER OF COURT GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND ENTRY OF JUDGMENT

Having considered the Parties' Joint Motion to Approve Settlement Agreement, the exhibits thereto, and the complete record in this matter, for the reasons set forth below and for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Court **GRANTS** the Joint Motion to Approve Settlement Agreement.

2. The Court **APPROVES** the Settlement Agreement and Release ("Settlement Agreement") and finds that the Settlement Agreement is a fair, reasonable, and adequate settlement of a bona fide dispute over the FLSA's provisions.

3. The Court **APPROVES** the incentive payments to Plaintiffs Michael Stine and Zachery Paine.

4. The Court **APPROVES** the payment of attorneys' fees and costs, which provides for fair and reasonable attorneys' fees and costs incurred in the prosecution of this action.

5. This case, and all claims asserted in this litigation, are hereby **DISMISSED WITH PREJUDICE**.

6. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

7. Judgment is hereby entered.

**IT IS SO ORDERED.**

Dated: 31 Jan 20

The Honorable David L. Bunning
District Judge, United States District Court,
Eastern District of Kentucky